UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIKA STEINMETZ )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PITNEY BOWES, INC., *et al* )<br>)<br>Defendant )<br>) | Case No.06-CV-00590-CKK |

### Proof of Service

Plaintiff Erika Steinmetz, by counsel, submits the attached Proof of Service of the Complaint and Summons on May 16, 2006, by certified mail-RRR. Service was made on CT Corporation, registered agent in the District of Columbia for Defendant Pitney Bowes, Inc.

Respectfully submitted,

/s/
Stephen C. Leckar, Bar # 281691
Butera & Andrews
1300 Pennsylvania Ave., NW
Suite 500
Washington, DC 20004
(202) 347-6875

Of counsel:
Rozann Stayden, Bar 424279
450 Massachusetts Avenue, NW
Suite 821
Washington, DC 20004
(202) 898-0465

Attorney for Plaintiff Erika Steinmetz

Dated: May 17, 2006

UNITED STATES POSTAL SERVICE
SOUTHERN MD 2~7
1 MAY 2006 PM 2 ?

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Stephen Lecker
Butera + Andrews
1301 Pennsylvania Ave NW
Suite 500
Washington, DC 20004-1701

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Pitney Bowes
   % CT Corp
   1015 15th Street NW
   #1000
   WDC 20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent  ☐ Addressee
B. Received by (Printed Name) ___ Thomas   C. Date of Delivery 5-16-0
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):  7005 1820 0006 6188 4954

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540