UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIKA STEINMETZ )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PITNEY BOWES, INC., *et al* )<br>)<br>Defendant ) | Case No.06-CV-00590-CKK |

**AFFIDAVIT OF SERVICE**

I, Stephen C. Leckar, hereby declare that on the 12th of May, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to George Garfield Gibbs. Attached is the green card acknowledging service.

[Green card receipt image with handwritten entries: George Garfield Gibbs, 5297 Heathsville Rd, Garfield, North Carolina 27823-8775; Article Number 7004 1160 0001 5735 7531; Received by George G. Gibbs; Date of Delivery 5-16-06]

Respectfully submitted,

/s/
Stephen C. Leckar, Bar # 281691
Butera & Andrews
1300 Pennsylvania Ave., NW
Suite 500
Washington, DC 20004
(202) 347-6875

Of counsel:
Rozann Stayden, Bar 424279
450 Massachusetts Avenue, NW
Suite 821
Washington, DC 20004
(202) 898-0465

Attorney for Plaintiff Erika Steinmetz
Dated: May 18, 2006