UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIKA STEINMETZ,<br><br>    Plaintiff,<br><br>    v.<br><br>PITNEY BOWES, INC., *et al.*,<br><br>    Defendants. | Civ. Action No. 06-0590 (CKK) |

# ORDER

As requested by the parties in their Proposed Scheduling Order dated June 21, 2006, it is, this 22nd day of June, 2006, hereby

**ORDERED** that the above-captioned action is referred to Magistrate Judge Alan Kay for the purposes of mediation for a period running from June 22, 2006 to September 22, 2006; it is further

**ORDERED** that the Initial Scheduling Conference in this case currently set for July 10, 2006 at 10:00 a.m. is CONTINUED to Monday, September 25, 2006 at 9:30 a.m. in Courtroom 28A on the Sixth Floor of the Courthouse Annex.

**SO ORDERED**.

                                                        */s/*
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge

<u>Copies to</u>:

Magistrate Judge Alan Kay


Stephen C. Leckar
BUTERA & ANDREWS
1301 Pennsylvania Avenue, NW
Suite 500
Washington, DC 20004-1701
(202) 742-4242
Email: sleckar@butera-andrews.com

*Counsel for Plaintiff*


Jo A. Schmidt
SCHMIDT, DAILEY & O'NEILL, LLC
231 East Baltimore Street
Suite 1400
Baltimore, MD 21202
(410) 783-1296
Fax: (410) 783-1316
Email: jschmidt@sdolaw.com

*Counsel for Defendant*