# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIKA STEINMETZ | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No.06-CV -00590-CKK |
| | ) | |
| PITNEY BOWES, INC., *et al* | ) | |
| | ) | |
| Defendant | ) | |

**Plaintiff's Unopposed Motion to Set New Initial Scheduling Conference Date**

Plaintiff moves the Court re-set the Initial Scheduling Conference for the reasons set forth below.

1. On June 22, 2006, the Court set the Initial Scheduling Conference for September 25, 2006.

2. Lead counsel for Plaintiff represents the defendant in *Hernandez v. Blackbird Holdings, Inc.*, 01-CV-4561 (S.D.N.Y.)(Daniels, j.). Last spring the case was set for trial on September 25th.

3. Plaintiff has checked with opposing counsel and the Courtroom Deputy. We suggest 4:30PM on September 18th, if that is convenient for the Court.

Respectfully submitted,

/s/

Of counsel:                                     Stephen C. Leckar, Bar # 281691
Rozann Stayden, Bar # 424279    Butera & Andrews
450 Massachusetts Avenue, NW    1300 Pennsylvania Ave., NW
Suite 821                                         Suite 500
Washington, DC 20004                  Washington, DC  20004
202-898-0465                                  (202) 347-6875